```
GARY A. ANGEL, CSB No. 70006
LAW OFFICES OF GARY A. ANGEL
177 POST STREET, EIGHTH FLOOR
SAN FRANCISCO, CA  94108
TELEPHONE:  (415) 788-5935
FACSIMILE:  (415) 788-5958
```

Attorneys for Plaintiff
TRAVELERS COMPANIES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVELERS COMPANIES, INC., <br><br> Plaintiff, <br> v. <br><br> SAIA, INC., <br><br> Defendant. <br> _____/ <br> AND RELATED THIRD-PARTY ACTION. <br> _____/ | No.  C09-0582 BZ <br><br> **CASE MANAGEMENT REPORT AND REQUEST FOR VACATION OF CASE MANAGEMENT CONFERENCE** <br><br> Date: June 8, 2009 <br> Time: 4:00 PM <br> Courtroom: G, 15th Floor |

Please be advised that the parties are in the process of settlement of this case and settlement documents have been executed and sent to defense counsel (see attached Exhibit 1).  In light of this pending settlement, the undersigned would request that the case management conference set for next Monday, June 8, 2009, at 4:00 PM, be vacated and that a 90-day conditional order of dismissal be filed by the court.

DATED: June 3, 2009                Respectfully submitted,

                                   LAW OFFICES OF GARY A. ANGEL


IT IS SO ORDERED:                  /s/ *Gary A. Angel*
                                   Gary A. Angel, Attorneys for Plaintiff
                                   TRAVELERS COMPANIES, INC.

DATE: June 3, 2009

1

CASE MANAGEMENT REPORT AND REQUEST FOR VACATION OF CMC