GARY A. ANGEL, CSB No. 70006
LAW OFFICES OF GARY A. ANGEL
177 POST STREET, EIGHTH FLOOR
SAN FRANCISCO, CA 94108
TELEPHONE: (415) 788-5935
FACSIMILE: (415) 788-5958

Attorneys for Plaintiff
TRAVELERS COMPANIES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVELERS COMPANIES, INC., <br><br> Plaintiff, <br> v. <br><br> SAIA, INC., <br><br> Defendant. <br> _____/ <br> AND RELATED THIRD-PARTY ACTION. <br> _____/ | No. C09-0582 BZ <br><br> [PROPOSED] REVISED CONDITIONAL ORDER OF DISMISSAL |

The parties to this matter having advised the Court that they have agreed to a settlement, **IT IS HEREBY ORDERED** that the complaint is **DISMISSED WITH PREJUDICE** and the third-party complaint is **DISMISSED WITHOUT PREJUDICE** and all scheduled matters are **VACATED**, provided, however, that any party may, within **90 days** of the date of this Order, move the Court to restore this matter to the calendar on the grounds that the settlement has not been consummated.

DATED: July 20 2009

Bernard Zimmerman
United States Magistrate Judge

REVISED CONDITIONAL ORDER OF DISMISSAL